IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

VINCENT ELLISON,                           )
                                           )
            Plaintiff,                     )
                                           )
      v.                                   )
                                           )
AUTAUGA COUNTY DISTRICT                    )      CASE NO.  2:18-CV-709-WKW
ATTORNEY'S OFFICE,                         )              [WO]
CHERYL BULLARD,                            )
                                           )
            Defendants.                    )

## ORDER

On November 2, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 8.)  Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that this case is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 28th day of November, 2018.

                          /s/ W. Keith Watkins
                    CHIEF UNITED STATES DISTRICT JUDGE